UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD WILLIAM MEXICO #240192,

        Plaintiff,                      Case No. 2:13-CV-02

v.                                    HON. ROBERT HOLMES BELL

UNKNOWN MEEHAN, et al.,

        Defendants
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On January 16, 2014, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") (Dkt. No. 23) recommending that Defendants' motion for summary judgment (Dkt. No. 16) be granted and that this case be dismissed in its entirety. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation, R&R (Dkt. No. 23) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (Dkt. No. 16) is **GRANTED** and the case is dismissed in its entirety.

**IT IS FURTHER ORDERED** that the Court finds no good-faith basis for appeal within the meaning of 28 U.SC. §1915(a)(3). *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).


Date:  February 11, 2014                           /s/ Robert Holmes Bell
                                                               ROBERT HOLMES BELL
                                                               UNITED STATES DISTRICT JUDGE